IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE THOMPSON, #134669, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACT. NO.  2:13cv65-WHA |
| | ) |
| ALABAMA BOARD OF PARDONS | ) |
| & PAROLES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

OPINION and ORDER

On February 11, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.    (Doc. # 25).   Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, that the petition for writ of habeas corpus be and is hereby DENIED as untimely under 28 U.S.C. § 2244(d), and that this case be and is hereby DISMISSED with prejudice.

Done this the 4th day of March, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE